1 | CYRUS ZAL, SBN: 102415
2 | CYRUS ZAL, A PROFESSIONAL CORPORATION
  | 102 Mainsail Court
3 | Folsom, CA  95630
  | (916) 985-3576
4 | (916) 985-4893 (FAX)

5 | Attorney for Plaintiff MARK BALDACCHINO

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| MARK BADACCHINO, | ) CASE NO: CIV S-01-1910 MCE DAD |
|---|---|
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND ORDER RE CONTINUANCE OF THE HEARING DATE ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| COUNTY OF EL DORADO, EL DORADO COUNTY SHERIFF'S DEPARTMENT, JAMIE MORGAN, JEREMY GARRISON, HOWARD JENCKS and TONY CAMPAGNA, | ) Date: August 13, 2009<br>) Time: 2:00 p.m.<br>) Courtroom: 7, 14th Floor |
| Defendants. | ) Before: Judge Morrison C. England, Jr. |

Plaintiff Mark Baldacchino ("Plaintiff") and Defendants County of El Dorado, Jaime Morgan, Jeremy Garrison, Howard Jencks, and Tony Campagna (Defendants"), by and through their counsel of record, hereby stipulate to the following:

1. **WHEREAS**, Plaintiff, due to the press of other deadlines in the office of Plaintiff's attorney, has requested defendants to agree to a one-week continuance to August 20, 2009 of the hearing date for Defendants'

Page 1

motion for summary judgment, currently scheduled to be heard on August 13, 2009.

2. **WHEREAS**, the Defendants are agreeable to the requested one-week continuance of the Summary Judgment Motion hearing date from August 13, 2009 to August 20, 2009.

3. **WHEREAS**, the parties agree that good cause exists and that leave of court should be granted to allow the requested one-week continuance of the hearing date with respect to defendants' motion for summary judgment and that good cause exists to allow a further modification of the dispositive motion hearing date from August 13, 2009 to August 20, 2009.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:**

1. Good cause exists for a continuance of the hearing date on defendants' motion for summary judgment from August 13, 2009 to August 20, 2009.

2. Good cause exists for a modification of the dispositive motion hearing date from August 13, 2009 to August 20, 2009.

3. The hearing date for defendants' motion for summary judgment shall be continued from August 13, 2009 to August 20, 2009.

**IT IS SO STIPULATED.**

**CAULFIELD DAVIES & DONAHUE, LLP**

DATED: July 27, 2009     By:   /s/ Andrew T. Caulfield
                               ANDREW T. CAULFIELD
                               Attorney for Defendants


**CYRUS ZAL, A PROFESSIONAL CORPORATION**

DATED: July 27, 2009     By:      /s/ Cyrus Zal
                               CYRUS ZAL, Attorney for Plaintiff
                               MARK BALDACCHINO

## ORDER

Pursuant to the Parties' Stipulation, and cause appearing therefore, the date for defendants' motion for summary judgment is hereby continued from August 13, 2009 to August 20, 2009 and the date for hearing dispositive motions in this matter is hereby extended from August 13, 2009 to August 27, 2009. All other dates contained within the Court's May 1, 2009 Pretrial (Status) Scheduling Order remain unchanged.

IT IS SO ORDERED.

DATED: July 28, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE